■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. HERBERT DODELL, Admitted in 1964, at a Term of the Appellate Division, Second Department. [702 NYS2d 803] —Motion denied, as indicated. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ.

■ In the Matter of MICHAEL J. ROSENBLATT (Admitted as MICHAEL JON ROSENBLATT), a Suspended Attorney. [702 NYS2d 804] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Rosenberger, Tom, Mazzarelli and Saxe, JJ.